**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM TODD, SR.**                                                                           **PETITIONER**
*ADC #158454*

**V.**                               **CASE NO. 4:20-cv-00007-JTK**

**DEXTER PAYNE**
*Director, Arkansas Department of Correction*                                       **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Todd's Petition is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 1st day of September, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE